# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARISSA EDELHEIT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | No. 19-6000 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on October 20, 2020, upon consideration of Plaintiff Clarissa Edelheit's Brief in Support of her Request for Review (doc. 13), the Commissioner's Response (doc. 14), and Edelheit's Reply (doc. 14), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE